UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,      CIV. S-05-0529 DFL PAN PS

  v.

PING JONG WU and PI LAN WU,      ORDER

        Defendants.

-o0o-

    Plaintiff shall confer with defendants and file by January 13, 2006, a joint status report setting forth all the information identified in this court's March 17, 2005, order. Failure timely to file the joint status report shall result in a recommendation this action be dismissed.

    So ordered.

    Dated:  December 12, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge