IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

vs.

PING JONG WU, PI LAN WU,

    Defendants.

No. CIV S-05-0529 DFL PAN (GGH) PS

ORDER

    On May 24, 2006, this action, in which defendants are proceeding in pro se, was referred to the undersigned pursuant to E.D. Cal. L.R. 72-302(c)(21).

    On January 10 and 11, 2006, respectively, the parties filed separate status reports indicating all parties consent to have a U.S. Magistrate Judge conduct all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Plaintiff filed the requisite consent form upon filing this action March 17, 2005. In order to proceed under 28 U.S.C. § 636(c), defendants must complete and file the consent form. Accordingly, the CLERK OF COURT IS HEREBY DIRECTED to serve upon defendants a copy of the consent form together with this order. DEFENDANTS SHALL COMPLETE AND FILE the consent form within ten (10) days thereafter, indicating whether or not they consent to the jurisdiction of the Magistrate Judge for all further proceedings.

In addition, ALL PARTIES SHALL FILE, within twenty (20) days after service of this order, a JOINT STATUS REPORT setting forth the current status of each of the matters previously addressed in the parties' respective status reports.

So ordered.

DATED: 7/6/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

NOW6:WU.ord re. consent