IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>     Plaintiff,<br><br>     v.<br><br>PING JONG WU; PI LAN WU; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Civ. No. S-05-529 DFL PAN (GGH) (PS)<br><br>O R D E R |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." <u>See</u> 28 U.S.C. § 636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final

1

judgment.

    IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable Gregory G. Hollows.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number Civ. S-05-529 GGH.

Dated: July 25, 2006

/s/ David F. Levi
DAVID F. LEVI
United States District Judge

    Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: 8/2/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

johnson529.cons