IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. CIV S-05-0529 EFB

      vs.

PING JONG WU, et al.,

      Defendants.              ORDER TO SHOW CAUSE

_____/

      This case was reassigned to the undersigned on December 3, 2006. Both parties are proceeding pro se. On December 11, 2006, the parties were ordered to file a joint status report ten days before the Status Conference set for January 17, 2007. Neither party has filed a status report. Accordingly, the Status Conference set for January 17, 2007 is vacated.

      Plaintiff is directed to show cause, within fifteen days from the date this order is filed, why the court should not dismiss this action for failure to prosecute and for failure to obey court orders.

DATED: January 11, 2007.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE