IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                    No. CIV S-05-00529 EFB

        vs.

PING JONG WU, et al.,

        Defendants.            ORDER
_____/

      On January 11, 2007, the court ordered plaintiff to show cause within fifteen (15) days why this case should not be dismissed for failure to prosecute and failure to obey court orders.[1] On January 18, 2007, plaintiff filed a response to that order wherein he declared that has been unable to reach defendants by fax or telephone for preparation of the joint status report. Plaintiff provides no explanation as to why he failed to file a timely unilateral status report explaining this.

////

////

////

---

[1] The parties failed to obey the court's December 11, 2006, order requiring a joint status report to be filed.

1

1  Nonetheless, the court will permit the parties additional time to file a joint status report,
2 or in the alternative, individual status reports.

3  Accordingly, IT IS HEREBY ORDERED that:

4  1. A status conference is set for March 7, 2007, at 10:00 a.m. in Courtroom No. 25
5 before the undersigned.

6  2. The parties shall file either a joint status report, or individual status reports, no later
7 than ten days before the scheduled hearing. Such report(s) shall address the subjects set forth in
8 the initial March 17, 2005 order requiring status report(s).

9  3. Failure to comply with this order *will result in sanctions*. Fed. R. Civ. P. 16(f); Local
10 Rule 11-110.

11  SO ORDERED.

12 DATED: February 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE