IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                        No. CIV S-05-00529 EFB

      vs.

PING JONG WU, et al.,

      Defendants.               ORDER

_____/

        This action, in which all parties are appearing *in propria persona,* is before the court by consent of the parties. Presently pending before the court is plaintiff's motion to amend the complaint. Defendants shall, within twenty days of the date of service of this order, file an opposition, if any, to the motion to amend. If defendants do not oppose the motion to amend, they shall file a statement of non-opposition within the allotted time.

        Plaintiff's last-minute filing of his motion to amend to add new parties effectively rendered the March 7, 2007, status conference a wasted one. Plaintiff is admonished that anticipated motions to amend the pleadings should addressed in the status report, which in this case, was due ten days before the scheduled conference. Due to the motion, this case must now be rescheduled with the anticipated participation of the newly added parties. Accordingly, the court hereby vacates the dates orally set at the March 7, 2007, hearing. The court will issue a

1

1  scheduling order after deciding the motion to amend in order to allow any new defendants to be
2  served and to file status reports.  All parties are cautioned that further disregard for the Local
3  Rules and court orders may result in dismissal or monetary sanctions.
4       IT IS SO ORDERED.
5  DATED:   April 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE