IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,               No. CIV S-05-00529 EFB

   vs.

PING JONG WU, et al.,           ORDER

        Defendants.

_____/

     Plaintiff filed the amended complaint in this action on May 24, 2007.  Defendants Ping-Wu and Pi-Lan Wu have filed a request for an extension of time until June 30, 2007, to file an answer to the amended complaint.  It is unclear from this request whether or not the recently added defendants – Goulin Tan and Chong Huang – also seek an extension of time, since the request refers only generally to "defendants."[1]

//// 

//// 

//// 

_____

[1] All parties in this consent case are proceeding *in propria persona*.  The court informs the parties that a non-lawyer may not appear as an attorney for others.  *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) (citations omitted).

1    In the interest of judicial economy, the court hereby grants defendants' request and

2  deems the extension applicable to *all* defendants.  Accordingly, all defendants shall file their

3  answers to the amended complaint no later than June 30, 2007.

4    SO ORDERED.

5  DATED:  June 15, 2007.

6

7                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26