IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                        No. CIV S-05-00529 EFB

    vs.

PING JONG WU, et al.,

      Defendants.              <u>ORDER</u>

        This action, in which all parties are proceeding *in propria persona*, is proceeding before the undersigned by consent of the parties. 28 U.S.C. § 636(c). On August 21, 2007, defendants Ping Jong Wu and Pi Lan Wu filed a document entitled "Extension of Time (FRCP 6)." By this document, the defendants appeared to ask the court for additional time to negotiate a settlement agreement with plaintiff. On September 18, 2007, the same defendants filed a "motion to settle out of court," in which they detailed the terms of an apparent settlement between themselves and plaintiff. If in fact the parties have reached a settlement and plaintiff has agreed to dismiss the action, *plaintiff* shall file with the court the appropriate dispositional documents within twenty

////

////

////

1

1 | (20) days from the date of this order.[1]
2 | SO ORDERED.
3 | DATED: September 28, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

2